# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR PULIDO,<br><br>　　　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>WL MONTGOMERY,<br><br>　　　　　　　　　　Respondent. | Case No. EDCV 15-2414-AG (LAL)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  December 27, 2016

　　　　　　　　　　　　　　　　　　　HONORABLE ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE